```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        SOUTHERN DISTRICT OF CALIFORNIA
10
11   RICHARD BROWN,                    )   Civil No.07cv1122-W(NLS)
                                       )
12              Plaintiff,             )   ORDER VACATING EARLY
     v.                                )   NEUTRAL EVALUATION
13                                     )   CONFERENCE, SETTING RULE 26
     UNITED STATES OF AMERICA, et al., )   COMPLIANCE, AND NOTICE OF
14                                     )   TELEPHONIC CASE MANAGEMENT
                Defendants.            )   CONFERENCE
15   _____ )
```

An Early Neutral Evaluation Conference ("ENE") was previously scheduled in the above-captioned matter for October 10, 2007 at 2:00 p.m. On October 9, 2007, defense counsel advised the Court that he had not received notice of the ENE, and would not be available to attend due to a previously scheduled appearance in Orange County. Good cause appearing, the ENE is hereby **VACATED**. In compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1. Counsel are ordered to appear **telephonically** on *November 30, 2007* at *10:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before *November 7, 2007*.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *November 16, 2007*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***November 21, 2007***.

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED: October 9, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge